# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2009 APR 16 AM 9:36
CLERK_____
SO. DIST. OF GA.

KELLIE D. CLARK, )
　) 
　Plaintiff, )
　)
v. ) Case No. CV409-058
　)
COMMISSIONER OF INTERNAL )
REVENUE SERVICE, UNITED )
STATES GOVERNMENT, and )
UNNAMED EMPLOYEES, )
　)
　Defendant. )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 16 day of April, 2009.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA